IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACOB NOBEL PAGE**                                                                                  **PLAINTIFF**

v.                                      **Case No. 4:25-cv-00779-KGB**

**CARL BALDWIN CONSTRUCTION, INC.,** *et al.*                         **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jacob Nobel Page's notice of voluntary dismissal (Dkt. No. 2). The voluntary dismissal accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A). For good cause shown, the Court adopts Page's voluntary dismissal. The action is dismissed without prejudice.

It is so ordered, this 30th day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge